UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 09-42237
Shelia L. Martin )
 )
 ) Chapter: 13
 )
 ) Honorable Jacqueline Cox
 )
 )
Debtor(s) )

## ORDER GRANTING LEAVE TO ENTER INTO LOAN MODIFICATION AND APPROVAL OF SAID MODIFICATION AGREEMENT

This cause coming to be heard on the Motion of American Home Mortgage Servicing, Inc., servicing agent for servicing agent for Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3, ("AHMSI"), through its attorney Kluever & Platt, LLC, for this Court to enter an Order granting Debtor Shelia L. Martin (Debtor) and AHMSI leave to enter into a Loan Modification ("Modification") and for approval of said Modification, the Court being fully advised:

IT IS HEREBY ORDERED:

That the Motion of American Home Mortgage Servicing, Inc., servicing agent for servicing agent for Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3 is granted and that Debtor Shelia L. Martin (Debtor) and AHMSI are granted leave to enter into a Loan Modification and the terms stated in said Motion are approved.

Enter: *(signed)* Jacqueline P. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 12/12/11

**Prepared by:**

Susan Notarius
Kluever & Platt, LLC
65 E. Wacker Place, Suite 2300
Chicago, IL 60601

Rev: 201100318_bko